**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Ave, 17th Floor
New York, New York 10022
Telephone: 212.492.2500
Facsimile:  212.492.2501
www.ogletreedeakins.com

Evan B. Citron
212.492.2068
evan.citron@ogletree.com

July 27, 2023

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:   *Hernandez v. Tourneau, LLC*,
               1:22-cv-10356

Dear Judge Caproni:

      We represent Tourneau LLC ("Defendant") in the above-referenced action.  On behalf of all parties, and in accordance with Rule 2.D of Your Honor's Individual Rules of Practice, we respectfully write to request an adjournment of the Post-Fact Pretrial Conference (the "Conference") that is currently scheduled for August 1, 2023, until August 17, 2023, or some subsequent date that is convenient for the Court.  The parties respectfully submit this request so that they may be afforded additional time to continue their discussions regarding potential resolution of this matter.  This is the parties' first request for an adjournment of the Conference.

      Thank you for Your Honor's consideration of this request.

                         Respectfully submitted,

                         OGLETREE, DEAKINS, NASH,
                          SMOAK & STEWART, P.C.

                By:   */s/ Evan B. Citron*
                          Evan B. Citron

cc:    All counsel of record (by ECF)

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Jackson ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh
Richmond ▪ St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

Application GRANTED.  The conference currently scheduled for August 1, 2023, is hereby adjourned to **August 22, 2023, at 10:30 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket number 16.

Dated:     July 28, 2023        SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE