UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANELYS HERNANDEZ, *on behalf of herself and all others similarly situated*,<br><br>        Plaintiffs,<br><br>  -against-<br><br>TOURNEAU, LLC,<br><br>        Defendant. | 22-CV-10356 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's August 14, 2023 Order, ECF No.20, the parties were required to file a joint status letter, the contents of which are described therein, no later than August 17, 2023. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **August 18, 2023.**

  SO ORDERED.

Dated: August 18, 2023
    New York, New York

                        ARUN SUBRAMANIAN
                        United States District Judge